IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

MICHAEL WESLEY,                       )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )   CV 117-035
                                      )
DEPARTMENT OF VETERANS AFFAIRS,       )
and "CLINIC A," Charlie Norwood,      )
                                      )
        Defendants.                   )

---

**ORDER**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **DIRECTS** the Clerk to **CLOSE** this civil action.

SO ORDERED this ___12th___ day of May, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA